## MOORE V. THE STATE.

(Decided April 17, 1913.)

APPEAL from Morgan Law and Equity Court.

Heard before Hon. THOMAS W. WERT.

TROUP & NIX, and WERT & LYNNE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—Reversed and remanded on authority of *Hafley v. State,* 8 Ala. App. 378, 62 South. 319; *Yeager v. State,* 8 Ala. App. 374, 62 South. 318; and *Clemmons v. State,* 167 Ala. 20, 52 South. 467.

---

## MORRIS V. TOWN OF ELBA.

(Decided June 12, 1913.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. R. A. Owen, for appellee.

Per curiam. Affirmed on certificate.

---

## MULLIGAN V. THE STATE.

(Decided April 15, 1913.)

APPEAL from Morgan Law and Equity Court.

Heard before Hon. THOMAS W. WERT.

WERT & LYNNE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—Reversed and remanded on the authority of *Yeager v. State,* 8 Ala. App. 374, 62 South. 318.